# IN THE TEXARKENA COURT OF APPEALS

06-15-00063-CR
06-15-00068-CR

STATE OF TEXAS

RECEIVED IN
The Court of Appeals
Sixth District

AUG 0 6 2015

Texarkana, Texas
Debra Autrey, Clerk

VS

IN THE 76th JUDICIAL DISTRICT COURT

MORRIS COUNTY, TEXAS

DESMOND JUWON WOODS

CASE NO 10,976

CASE NO 10,980

FILED IN
The Court of Appeals
Sixth District

AUG 0 6 2015

Texarkana, Texas
Debra Autrey, Clerk

## APPLICATION FOR BAIL PENDING APPEAL

TO THE HONORABLE COURT OF APPEALS:

COMES NOW DESMOND JUWON WOODS GASE APPELLANT IN The Above Styled And Numbered Case Respectfully Files this Above And Entitled Application Pursuant to The 8th And 14th Amendments to The United States Constitution And In Support Of This Application the Appellant would Show As Follows

### JURISDICTON

The Appellant Shows that this Honorable Court has Jurisdicton over The Matter because the Appellant was Convicted In The 76th Judicial District Court Of Morris County, Texas And he Appealed And that Court Falls under the Jurisdicton Of The Texarkesa Court Of Appeals; Therefore this Honorable Court Maintains Jurisdicton over the Case.

### STATEMENT OF FACTS

The Appellant was Convicted Of the Offenses Of Theft Of having a value Of Over $20,000.00 but Less than $100,000.00 And Criminal Mischief And was sentence to a Term of Imprisonment Of 12 Years within The Texas Department Of Criminal Justice Institutional Division hereAfter Refered To As (T.D.C.J.I.D) And After such Conviction was Taken The Appellant Filed a Timely Notice Of Appeal On both cases

(1)

# Request For Bail Pending Appeal

The Appellant Respectfully Request Bail Pending Appeal Pursuant to Article 44.04 of The Texas code of Criminal Procedure And Pursuant to the 8th And 14th Amendments To The United states Constitution

The Appellant Shows that he has never Failed to Appear before Any Court in The Land And he will Appear before This Honorable Court At Any time And/or Place Deemed Necessary

The Appellant Shows that he has Resided At 585 CR 1231 In Pittsburg Tx Texas Zip 75686 A Period of 20 Years And he do not Pose A Flight Risk nor a Threat To The Community

The Appellant shows If Bail is set in The Amount of $5,000°° At 10% Through A Professional Bail BondsMan; This Amount would Reasonably Ensure The Appellants Appearence And give Proper Security thereof

The Appellant shows that If An Appeal Bond is Granted he is willing to Submitt to Weekly Reporting, And/or House Arrest And Drug Testing

The Appellant shows that he was Convicted of A None Violent Crime And he do not Pose A threat to The Community

The APPELLANT Shows that he has strong family ties within The COMMUNITY AND do not Pose A Flight Risk

## ARGUMENT AND AUTHORITYS

The APPELLANT POINTS to Article 44.04 OF The TEXAS Code of Criminal Procedures which ENtitles A criminal dEfendant who has his/her case ON APPEAL is ENtitled To bail Pending Appeal

The APPELLANT Points to The 8th Amendment to The united States constitution which states IN PART " ExcessivE BAIL NOR Excessive Fine shall NOt be Required

The 14th Amendment makes the 8th Amendment Applicable To The State through the Due Process Clause And EQUAL Protection Clause

WHEREFORE PREMISES CONsidered the APPELLANT PRays That This HONOrable COURT would GRANT this APPlication AND Set BAIL Pending APPeal At $ 5,000 dollars At 10%

Respectfully submitted
Desmond Juwon Woods,
APPELLANT

(3)

## CERTIFICATE OF SERVICE

I DESMOND JAWON WOODS DO HEARBY STATE UNDER OATH THAT A TRUE AND CORRECT COPY OF THE ABOVE AND ATTACHED APPLICATION WAS MAILED ON THE 3rd DAY OF AUGUST 2015 TO THE CLERK OF THE TEXARKANA COURT OF APPEALS AT THE BI STATE JUSTICE BLDG AT 100 N STATE LINE AVE TEXARKANA TEXAS 75501

Respectfully submitted

Desmond Jawon Woods.
APPELLANT

(4)